UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Lyle Kurt Yearling, | ) | No. 1:16-cv-11155-NMG |
|     *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
|     *Defendant*. | ) | |

## COMMISSIONER'S MOTION TO DISMISS

For the reasons set forth in the attached memorandum, the Defendant, the Acting Commissioner of Social Security, requests that the Court dismiss the Complaint pursuant to Rule 12(b)(6), Federal Rule of Civil Procedure.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Anita Johnson
ANITA JOHNSON BBO No. 565540
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
Tel: (617) 748-3100
Anita.Johnson@usdoj.gov

Certificate of Service

I certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel for Plaintiff electronically, on this nineteenth day of September 2016.

/s/ Anita Johnson

*Motion denied.  /s/ NM Gorton, USDJ   11/10/16*